# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-2517

———————————————

SAFE HARBOR RECOVERY, LLC,
and ASCENDANT COMMERCIAL
INS. INC.

    Appellants,

    v.

RICHARD LANGWEIL,

    Appellee.

———————————————

On appeal from an order of the Judge of Compensation Claims.
Gregory J. Johnsen, Judge.

Date of Accident: March 1, 2016.

January 12, 2018

PER CURIAM.

    AFFIRMED.

WETHERELL, ROWE, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Kimberly J. Fernandes of Kelley Kronenberg, P.A., Tallahassee, for Appellants.

Jeffrey M. Friedman of Vassallo, Bilotta, Friedman & Davis, West Palm Beach, for Appellee.